UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Donovan Adair Metoyer,

    Defendant.
_____/

Case: 2:22-cr-20171
Judge: Cox, Sean F.
MJ: Stafford, Elizabeth A.
Filed: 03-29-2022
INDI USA VS METOYER (DP)

Violation:
18 U.S.C. § 922(g)(3)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*(18 U.S.C. § 922(g)(3) – Possession of a Firearm by an Unlawful User of a Controlled Substance)*

From in or about the fall of 2021, through and including March 12, 2022, the defendant, DONOVAN ADAIR METOYER, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, knowingly possessed firearms, that is, one Glock 40 and one Glock 43, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

1. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

2. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/Matthew Roth*
MATTHEW ROTH
Assistant United States Attorney

Dated: March 29, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 21-20668 |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | **Judge Assigned:** Nancy G. Edmunds |
| ☑Yes ☐No | AUSA's Initials: _R&_ |

**Case Title:** USA v. Donovan Adair Metoyer

**County where offense occurred:** Oakland

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 22-mj-30145]

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

March 29, 2022
Date

_R____ (for Matt Roth)_
Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth2@usdoj.gov
(313) 226-9186
Bar #: P58549

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.