UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

                                 Criminal No. 22-20171

vs.

                                 Hon. Sean F. Cox

D-, Donovan Adair Metoyer,

**F I L E D**

APR 0 6 2022

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

        Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Donovan Adair Metoyer, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

    *Count 1*:    Not more than 10 years' incarceration and/or a $250,000 fine.

                            Donovan Adair Metoyer
                            _____
                            Donovan Adair Metoyer
                            Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                            _____
                            Michael McCarthy
                            Counsel for Defendant

Dated:  April 6, 2022